Frank S. Otway, Respondent, v. Snare & Triest Company, Appellant. — Motion for leave to appeal to the Court of Appeals denied.    Present— Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

William H. Schofield, as Trustee in Bankruptcy, etc., Respondent, v. Dayve De Boris De Waltoff and Another, Defendants; Dora A. De Waltoff, Appellant.    William H. Schofield, as Trustee in Bankruptcy, etc., Respondent, v. Mechanics Bank of Brooklyn and Another, Defendants; Dora A. De Waltoff, Appellant.    William H. Schofield, as Trustee in Bankruptcy, etc., Respondent, v. Rebecca Wolper and Others, Defendants; Dora A. De Waltoff, Appellant.— Motions denied.    Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

William H. Schofield, as Trustee in Bankruptcy, etc., Respondent, v. Rebecca Wolper and Others, Defendants.    John J. Bakerman, Appellant.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Vitacrescenza Summo, as Administratrix, etc., Respondent, v. Snare & Triest Company and Steel and Masonry Contracting Company, Appellants. — Motion to resettle order granted.    Present — Jenks, P. J. Thomas, Carr, Rich and Putnam, JJ.

United States Title Guaranty Company, Respondent, v. Arthur A. Brown, Appellant.— Motion denied, without costs.    Present— Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Emily J. Benham and Others, Appellants, v. Charter Features Corporation, Respondent, and Oliver W. Ramsay, Defendant.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, with ten dollars costs and disbursements.    No opinion.    Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Louis Breckheimer, Respondent, v. John T. Loew, Appellant.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order reversed, with ten dollars costs and disbursements, and defendant's motion for judgment on the pleadings granted, with ten dollars costs, upon authority of Paul v. Fargo (84 App. Div. 9).    Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Joseph Fogarty, Respondent, v. New York Dock Company, Appellant. — Order affirmed, with ten dollars costs and disbursements, which may be set off against the former judgment, upon the ground that the defendant by participating in the progress of this action has waived its right to the stay.    Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Isaak Goldberg, etc., Respondent, v. Georgia Building Company and Others, Defendants, Impleaded with Vernewl Realty and Construction Corporation, Appellant.— Judgment and order of the County Court of Kings county affirmed, with costs.    No opinion.    Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.